

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert York Pettit, Jeffrey York Pettit, Individually and as Trustee of the Big Horn Phalanx Trust, Joseph Austin Pettit and Emily Anne Pettit Covey, Appellants

No. 06-19-00002-CV     v.

Marilyn Eileen Pettit Tabor, Appellee

Appeal from the 8th District Court of Delta County, Texas (Tr. Ct. No. 10985). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED JANUARY 15, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk